Nash, J/
 

 We concur with his Honor, before whom the-case was tried, and in the judgment he gave. The demise in the declaration is laid on the 25th of December, 1848. In the latter part of the year 1847, David Price, the lessor of the plaintiff, and who was the owner of the land, leased it to Robert L. Osborn tor the year 1848. Osborn entered into possession, and continued it during the whole of that year, and until some time in 1849, when he died, and the-defendant, his widow, continued on the land. On- the 26th of December, 1848, the date of the demise, R. L. Osborn, the lessee, was in possession of the premises, under his unexpired lease. His possession was a lawful one, and David Price, the lessor, had no right of entry, and without
 
 *28
 
 such right he could make no lease to the plaintiff. In ejectment, the lessor of the plaintiff must recover, upon the strength of his own title ; he must show a good title to the premises,
 
 and a right of entry vested in him at the time of the demise,
 
 otherwise he cannot recover. Brown ou actions, 466 — 1st Chit. PI. 880 — 2 Fast 250 — 13th East R. 210, 212.
 

 Per Curiam. Judgment affirmed.